UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTHONY ANTONIO CARTER                                                                  PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 1:22-CV-31-RPM

MARK AMADOR et al                                                                      DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a); and in light of the Court's memorandum & opinion, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 22nd day of August 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE